Jeffrey C. Freedman, Bar No. 45177
jfreedman@lcwlegal.com
Connie M. Chuang, Bar No. 239513
cchuang@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Blvd., Suite 500
Los Angeles, California 90045
Telephone:  (310) 981-2000
Facsimile:   (310) 337-0837

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION FOR LOS ANGELES DEPUTY SHERIFFS, in Its Representative Capacity, on Behalf of its Members; DARRIN WILKINSON; LISA BROWN DEBS; SEAN O'DONOGHUE; DAVID SHERR,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a Municipal Corporation; LOS ANGELES COUNTY BOARD OF SUPERVISORS; GLORIA MOLINA, in Her Capacity as a Los Angeles County Supervisor; YVONNE B. BURKE, in Her Capacity as a Los Angeles County Supervisor; ZEV YAROSLAVSKY, in His Capacity as a Los Angeles County Supervisor; DON KNABE, in His Capacity as a Los Angeles County Supervisor; MICHAEL D. ANTONOVICH, in His Capacity as Los Angeles County Supervisor; LOS ANGELES COUNTY CIVIL SERVICE COMMISSION; LYNN ADKINS, In His Capacity as a Civil Service Commissioner; VANGE FELTON, In Her Capacity as a Civil Service Commissioner; CAROL FOX, In Her Capacity as a Civil Service Commissioner; Z. GREG KAHWAJIAN, In His Capacity as a Civil Service Commissioner; EVELYN | Case No.  CV08-00238 RGK (FFMx)<br><br>Assigned to Judge R. Gary Klausner<br>Courtroom:  850<br>First Amended Complaint Filed: February 11, 2008<br><br>**JUDGMENT** |

| | |
|---|---|
| 1 | MARTINEZ, In Her Capacity as a Civil Service Commissioner; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; LEROY BACA, individually and as Sheriff of the County of Los Angeles; and Does 1 through 10, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

On June 17, 2008, the Court, the Hon. R. Gary Klausner presiding, vacated the June 23, 2008 hearing regarding Defendants COUNTY OF LOS ANGELES (also erroneously sued as the LOS ANGELES COUNTY BOARD OF SUPERVISORS, the LOS ANGELES COUNTY CIVIL SERVICE COMMISSION, and the LOS ANGELES COUNTY SHERIFF'S DEPARTMENT), GLORIA MOLINA, YVONNE B. BURKE, ZEV YAROSLAVSKY, DON KNABE, MICHAEL D. ANTONOVICH, LYNN ADKINS, VANGE FELTON, CAROL FOX, Z. GREG KAHWAJIAN, EVELYN MARTINEZ and LEROY BACA's ("Defendants") Motion to Dismiss Plaintiffs ASSOCIATION FOR LOS ANGELES DEPUTY SHERIFFS, DARRIN WILKINSON, LISA BROWN DEBS, SEAN O'DONOGHUE and DAVID SHERR'S ("Plaintiffs") First Amended Complaint pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 12(b)(6).  The Court = took the matter under submission.

After fully considering all of the moving and opposition papers, and all matters presented to the Court except that to which objection was sustained, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs take nothing, the action be dismissed  on the merits, and Defendants recover their costs.

Dated:  July 23, 2008

_____
HONORABLE R. GARY KLAUSNER
United States District Court Judge

266326.1 LO140-259           - 2 -           [Proposed] Judgment